TODD BLANCHE
Deputy Attorney General of the United States
SIGAL CHATTAH
First Assistant United States Attorney
District of Nevada
Nevada Bar Number 8264
JAMES JOSEPH GAETA
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Tel: 702.388.6336 / Fax: 702.388.6418
James.Gaeta@usdoj.gov
*Attorneys for the United States*

**UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:15-cr-00083-RFB-3 |
| Plaintiff, | **Motion to Dismiss the Indictment Without Prejudice as to Defendant Leopoldo Franco-Gamez** |
| v. | |
| LEOPOLDO FRANCO-GAMEZ, also known as Fernando Hernandez-Astorga, | |
| Defendant. | |

The Indictment in this case charges defendant Leopoldo Franco-Gamez, among others, with three counts: Conspiracy to Distribute a Controlled Substance Methamphetamine in violation of Title 21, United States Code, Sections 846 and 841(a)(1) and (b)(1)(A)(viii) (Count One); Distribution of a Controlled Substance Methamphetamine in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)A)(viii) (Count Three); and Possession with Intent to Distribute a Controlled Substance Methamphetamine in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A)(viii) (Count Four).

Pursuant to Federal Rule of Criminal Procedure 48(a), the government hereby moves for leave of Court to dismiss the Indictment as to defendant Leopoldo Franco-Gamez without prejudice and quash the outstanding federal warrant for his arrest.

Respectfully submitted this 22nd day of January, 2026.

TODD BLANCHE
Deputy Attorney General

/s/ James Joseph Gaeta
JAMES JOSEPH GAETA
Assistant United States Attorney

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

      Plaintiff,

      v.

LEOPOLDO FRANCO-GAMEZ,
      also known as Fernando
      Hernandez-Astorga,

      Defendant.

Case No. 2: 15-cr-00083-RFB-3

**Order Granting Motion to Dismiss the Indictment Without Prejudice as to Defendant Leopoldo Franco-Gamez**

Pursuant to Federal Rule of Criminal Procedure 48(a), and upon leave of Court, the United States hereby dismisses without prejudice the Indictment against defendant Leopoldo Franco-Gamez.

        TODD BLANCHE
        United States Attorney

        */s/ James Joseph Gaeta*
        JAMES JOSEPH GAETA
        Assistant United States Attorney

Leave of Court is granted for the filing of the above dismissal. Because the charges against him have been dismissed, it is hereby ordered that the warrant in this case for the arrest of defendant Leopoldo Franco-Gamez is quashed.

DATED this 23rd day of January 2026..

        _____
        HONORABLE RICHARD F. BOULWARE, II
        UNITED STATES DISTRICT JUDGE

3